JAMES P. THOMPSON, Plaintiff in Error, *v.* ANDREW M. THOMPSON, Defendant in Error.

1. *Practice, civil — Supreme Court.*—Where plaintiff in error fails to file any statement or brief, as required by the statute (Wagn. Stat. 1068, § 30), the cause will be dismissed.

### Error to Fifth District Court.

*Dunn*, for plaintiff in error.

*Vories & Vories*, for defendant in error.

CURRIER, Judge, delivered the opinion of the court.

The plaintiff in error having failed to file any statement or brief, as directed by the statute (Wagn. Stat. 1068, § 30), the cause will be dismissed. (Dean v. Ewing, 33 Mo. 172.) The other judges concu